**FILED**

09/18/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0279

IN THE SUPREME COURT OF THE STATE OF MONTANA

Case No. DA 20-0279

| | |
|---|---|
| DANA ROLAN, on her own behalf and on behalf of the class she represents, <br><br> Plaintiffs/Appellees, <br><br> vs. <br><br> NEW WEST HEALTH SERVICES, DARWIN SELECT INSURANCE COMPANY and ALLIED WORLD ASSURANCE COMPANY and DARWIN NATIONAL ASSURANCE COMPANY, <br><br> Defendants/Appellants. | **GRANT OF EXTENSION** |

Pursuant to M. R. App. P. 26(1) and upon Uncontested Motion of Appellees for an extension of time to file their response brief, and there being no objection from Appellants,

IT IS HEREBY ORDERED that Appellees are granted a thirty-day extension, up to and including October 23, 2020, within which to file their response brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 18 2020